# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SCHRADER, | No. 4:18-CV-02458 |
| Plaintiff, | |
| v. | (Judge Brann) |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 25th day of January 2019, in light of the Notice of Voluntary Dismissal filed on January 24, 2019, ECF No. 4, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge